573 A.2d 1027

**Elmer J. STINER, Deceased, Helen Stiner, Widow, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, WORKMEN'S COMPEN-SATION APPEAL BOARD (HARMAR COAL COMPANY), and Old Republic Insurance Company, Appellees.**

Supreme Court of Pennsylvania.

Argued March 5, 1990.

Decided May 11, 1990.

Louis M. Tarasi, Jr., John D. Hendricks, Tarasi & Johnson, P.C., Pittsburgh, for appellant.

George H. Thompson, Paul E. Sutter, Poughkeepsie, for Old Republic Ins. Co. and Harmar Coal Co.

Wanda A. Whare, Asst. Counsel, W.C.A.B., Richard T. Kelley, Harrisburg, for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM.

Case remanded to the Workmen's Compensation Appeal Board for further medical testimony in accordance with the standard expressed in *McCloskey v. Workmen's Compensation Appeal Board*, 501 Pa. 93, 460 A.2d 237 (1983); *see also, Musiolowski v. Workmen's Compensation Appeal Board*, 524 Pa. 246, 570 A.2d 1319 (1990), J–65–1990, slip opinion filed March 21, 1990.